United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 18-16133-ER
M & A Enterprises, LLC                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2           User: admin              Page 1 of 1            Date Rcvd: Nov 26, 2018
                               Form ID: pdf042          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2018.
db             +M & A Enterprises, LLC,    4200 W 102 Street,    Inglewood, CA 90304-1538
aty            +John H Bauer,   56925 Yucca Trail,    #512,    Yucca Valley, CA 92284-7913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2018 at the address(es) listed below:
              Aaron E de Leest    on behalf of Trustee Rosendo  Gonzalez (TR) aed@dgdk.com,
               danninggill@gmail.com;adeleest@ecf.inforuptcy.com
              Aaron E de Leest    on behalf of Attorney    Danning, Gill, Diamond & Kollitz, LLP aed@dgdk.com,
               danninggill@gmail.com;adeleest@ecf.inforuptcy.com
              Aram  Ordubegian    on behalf of Interested Party Matthew  Taylor ordubegian.aram@arentfox.com
              Aram  Ordubegian    on behalf of Attorney    Arent Fox LLP ordubegian.aram@arentfox.com
              Brad  Krasnoff    on behalf of Trustee Rosendo  Gonzalez (TR) bkrasnoff@dgdk.com,
               danninggill@gmail.com;bkrasnoff@ecf.inforuptcy.com
              Brad  Krasnoff    on behalf of Interested Party    Courtesy NEF bkrasnoff@dgdk.com,
               danninggill@gmail.com;bkrasnoff@ecf.inforuptcy.com
              Christopher K.S.  Wong    on behalf of Interested Party Matthew  Taylor
               christopher.wong@arentfox.com
              Elmer D Martin, III    on behalf of Interested Party    Courtesy NEF elmermartin@gmail.com
              Eric P Israel    on behalf of Interested Party    Courtesy NEF eisrael@dgdk.com,
               danninggill@gmail.com;eisrael@ecf.inforuptcy.com
              Eric P Israel    on behalf of Attorney    Danning, Gill, Diamond & Kollitz, LLP eisrael@dgdk.com,
               danninggill@gmail.com;eisrael@ecf.inforuptcy.com
              Hector C Perez    on behalf of Litigant    SMN LO INC. hectorcperez@icloud.com,
               hectorcperez@yahoo.com
              John H Bauer    on behalf of Debtor    M & A Enterprises, LLC johnbhud@aol.com,
               nancy@gringogazettenorth.com
              John H Bauer    on behalf of Interested Party John  Bauer johnbhud@aol.com,
               nancy@gringogazettenorth.com
              M Douglas Flahaut    on behalf of Interested Party Matthew  Taylor flahaut.douglas@arentfox.com
              Robert M Yaspan    on behalf of Interested Party Luis  Munoz court@yaspanlaw.com,
               tmenachian@yaspanlaw.com
              Rosendo  Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,
               rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;cmorales@gonzalezplc.com
              Toan B Chung    on behalf of Attorney Toan B. Chung tbchung@rpmlaw.com,
               toan.b.chung@gmail.com;bankpara@rpmlaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 18

| | |
|---|---|
| 1  ERIC P. ISRAEL (State Bar No. 132426)<br>    eisrael@dgdk.com<br>2  AARON E. DE LEEST (State Bar No. 216832)<br>    adeleest@dgdk.com<br>3  DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>    1900 Avenue of the Stars, 11th Floor<br>4  Los Angeles, California 90067-4402<br>    Telephone:   (310) 277-0077<br>5  Facsimile:    (310) 277-5735<br>6  Attorneys for Rosendo Gonzalez,<br>    Chapter 7 Trustee | **FILED & ENTERED**<br><br>**NOV 26 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gonzalez **DEPUTY CLERK** |

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>M & A ENTERPRISES, LLC,<br><br>        Debtor. | Case No. 2:18-bk-16133-ER<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF CASH DISBURSEMENTS BY TRUSTEE**<br><br>Date:    November 19, 2018<br>Time:   10:00 a.m.<br>Place:   Courtroom 1568<br>             255 E. Temple Street<br>             Los Angeles, California 90012 |

On November 19, 2018, at 10:00 a.m., the Trustee's Motion for Approval of Cash Disbursements by Trustee (the "Motion") (*docket no. 220*) came on for hearing, the Honorable Ernest M. Robles presiding. Aaron E. de Leest of Danning, Gill, Diamond & Kollitz, LLP, appeared for Rosendo Gonzalez, the Chapter 7 Trustee (the "Trustee") for the Debtor's Bankruptcy Case. John Bauer, Esq., of Financial Relief Legal Advocates, Inc., appeared telephonically for the Debtor. There were no other appearances.

The Court having reviewed the Motion and the Opposition (*docket no. 230*) filed by the Debtor, having heard the statements of counsel at the hearing, and for the reasons set forth on the record at the hearing, the Court being fully informed and good cause appearing, it is hereby,

ORDERED, that:

1.    The Motion is granted as provided below.

2.     The Trustee is authorized to pay to WestCo Maintenance ("WestCo") $20,000 with respect to the $34,740 in Westco invoices that were attached as Exhibit "2" to the Motion. The Trustee and the estate are not responsible for the payment of the balance of the WestCo invoices in the amount of $14,740.

3.     The Trustee is authorized to pay the onsite property manager, Eloisa Fernandez, $11,723.13 with respect to the $11,723.13 in invoices attached as Exhibit "3" to the Motion. The Trustee is further authorized to pay for future property management fees and services rendered and incurred in the ordinary course and prior to November 23, 2018.

4.     The Trustee is authorized to pay $6,203.32 with respect to the invoices for utilities that were attached as Exhibit "4" to the Motion.

5.     The Trustee is authorized to pay $80.00 to CIC with respect to the $80.00 invoice attached as Exhibit "5" to the Motion.

6.     The Trustee is authorized to pay any additional amounts out of budget bills incurred prior to November 23, 2018, for emergency repairs and/or repairs relating to health, safety, and welfare issues only.

###

Date: November 26, 2018

Ernest M. Robles
United States Bankruptcy Judge

1524023.1  26829

2