1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@dgdk.com*
2  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@dgdk.com*
3  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   1900 Avenue of the Stars, 11th Floor
4  Los Angeles, California 90067-4402
   Telephone:  (310) 277-0077
5  Facsimile:  (310) 277-5735

6  Attorneys for Rosendo Gonzalez,
   Chapter 7 Trustee
7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                **LOS ANGELES DIVISION**

11  In re                                    Case No. 2:18-bk-16133-ER

12  M & A ENTERPRISES, LLC,                  Chapter 7

13           Debtor.                         **SECOND SUPPLEMENTAL
                                             DECLARATION OF AARON E. DE
14                                           LEEST IN SUPPORT OF AND
                                             SUPPLEMENT RE ADDITIONAL FINAL
15                                           FEES AND EXPENSES INCURRED BY
                                             DANNING, GILL, DIAMOND &
16                                           KOLLITZ, LLP AS GENERAL COUNSEL
                                             TO CHAPTER 7 TRUSTEE**
17
                                             [No Hearing Required]
18

19      I, Aaron E. de Leest, declare and state as follows:

20      1.      I am an attorney duly licensed and entitled to practice before courts of the State of

21  California and this Court.  I am employed by the law firm of Danning, Gill, Diamond & Kollitz,

22  LLP ("DGDK"), the duly employed attorneys for Rosendo Gonzalez, as Chapter 7 Trustee (the

23  "Trustee") for M & A Enterprises, LLC (the "Debtor ").

24      2.      I have personal knowledge of each of the within stated facts.

25      3.      On or about October 5, 2018, DGDK filed its Application for Payment of Final Fees

26  and/or Expenses for Danning, Gill, Diamond & Kollitz, LLP ("DGDK") (*docket no. 170*) (the

27  "Application").  The Application requested on a final basis fees of $121,545.00 and costs of

28  $1,730.18.  The Application included an estimate of $20,000.00 for additional fees and expenses

1525939.1  26843                          1

1  through the anticipated dismissal of the case of October 31, 2018.  The fees and expenses through

2  September 30, 2018, were $101,545.00 and $1,730.18, respectively.

3      4.      I appeared at the hearing on October 15, 2018, at 10:00 a.m., at which time the

4  Court heard and approved the Application, along with the applications of the Trustee and other

5  professionals, including the application of the Trustee's accountant SLBiggs, A division of

6  SingerLewak ("SLBiggs").

7      5.      On or about October 18, 2018, DGDK filed its first supplemental declaration in

8  support of the Application (*docket no. 191*), which set forth the previously estimated entries that

9  DGDK had actually incurred of $15,468.50 in fees and $390.03 in expenses, respectively, between

10  October 1, 2018, and approximately October 15, 2018.

11      6.      Thereafter, on or about October 25, 2018, the Court entered its order (*docket no.*

12  *207*) approving the Application and authorizing the Trustee to pay DGDK its fees and costs

13  through approximately October 15, 2018, in the amount of $117,013.50 ($101,545.00 +

14  $15,468.50) in fees and $2,120.21 ($1,730.18 + $390.03) in costs on a final basis, which amounts

15  the Trustee paid to DGDK.

16      7.      On October 29, 2018, the Court held a hearing on, among other things, the Court's

17  own motion to dismiss the Debtor's bankruptcy case.  At the hearing, the Court authorized the

18  dismissal of the Debtor's bankruptcy case effective as of November 23, 2018, rather than October

19  31, 2018, as had been anticipated.  The extended dismissal date was requested by the Debtor to

20  facilitate the closing of its refinance of the two adjacent apartment complexes consisting of 80 units

21  located at 2936 North Loma Avenue and 2935 North Mountain Avenue in the City of San

22  Bernardino, California.(the "Property").

23      8.      Thereafter, on or about October 30, 2018, the Court entered its order (*docket no.*

24  *215*) dismissing the Debtor's bankruptcy case effective as of November 23, 2018, and authorizing

25  the Trustee's professionals DGDK and SLBiggs to submit their supplemental declarations setting

26  forth the exact amounts of their respective supplemental final fee and cost requests within 30 days

27  after November 23, 2018.  The Court at that time stated that any opposition to the supplemental

28  requests were due seven days after filing and would be considered without a hearing.

1525939.1  26843                                    2

1     9.    The extended dismissal date of November 23, 2018, required the Trustee to operate

2  the Property for approximately three additional weeks.

3     10.    Due to the dismissal date of November 23, 2018, DGDK was also required to

4  provide additional services to the Trustee through December 11, 2018, as set forth in the detailed

5  billing records are attached as Exhibit "1" hereto.

6     11.    Based on the foregoing, DGDK is requesting payment at this time from the Trustee

7  of its previously unbilled and final fees and costs from approximately October 15, 2018 through

8  December 11, 2018, in the amount of $39,803.00 in fees and $245.80 in costs,[1] plus an estimate of

9  $2,500.00 for additional fees and expenses that may be incurred after the filing of this declaration

10  for a total of $42,303.00 and $245.80 in fees and costs, respectively.  A true and correct copy of

11  DGDK's detailed billing records is attached as Exhibit "1" hereto.

12     12.    I am informed that neither the Trustee nor SLBiggs are requesting any additional

13  fees and expenses.

14

15     I declare under penalty of perjury under the laws of the United States of America that the

16  foregoing is true and correct.

17     Executed on December 11, 2018, at Los Angeles, California.

18

19

20     _____
       AARON E. DE LEEST

21

22

23

24

25

26  _____

27  [1] The billing records include several entries from October 12-15, 2018, that were not previously
    included in DGDK's prior fee requests.

28

EXHIBIT 1

ROSENDO GONZALEZ, TRUSTEE
530 SOUTH HEWITT STREET, SUITE 148
LOS ANGELES, CA  90013


RE: M & A ENTERPRISES, LLC
    ATTORNEY FOR TRUSTEE
    2:18-BK-16133-ER
    OUR FILE NUMBER: 26829           BDK          Dec 11, 2018
    INVOICE NUMBER:  ******

     FOR PROFESSIONAL SERVICES RENDERED THROUGH Dec 11, 2018


ASSET ANALYSIS AND RECOVERY [B120]

10/12/18 REVIEW MEMOS FROM J. BAUER AND R. YASPAN RE        .10    56.50
         MUNOZ PAYOFF DEMAND
         ATTORNEY:  AARON E. DE LEEST

10/16/18 TEL. CONF. WITH B. YASPAN RE STATUS OF ESCROW      .20   113.00
         ATTORNEY:  AARON E. DE LEEST

10/16/18 REVIEW MEMO FROM TRUSTEE RE INQUIRY FROM KEYS      .10    56.50
         NONPROFIT AN AFFILIATE OF THE HOUSING AUTHORITY
         ATTORNEY:  AARON E. DE LEEST

10/17/18 REVIEW MEMOS FROM F. WILLIAMS RE LOAN/ESCROW       .20   113.00
         STATUS AND RESPOND
         ATTORNEY:  AARON E. DE LEEST

10/18/18 REVIEW MEMO FROM R. YASPAN RE PAYOFF DEMAND        .10    56.50
         ATTORNEY:  AARON E. DE LEEST

10/25/18 REVIEW MEMO FROM J. BAUER RE SWITCHING LENDERS     .10    67.00
         FOR REFINANCE; REVIEW MEMOS THEREON FROM
         TRUSTEE AND A.E. DE LEEST
         ATTORNEY:  ERIC P. ISRAEL

10/25/18 REVIEW MEMOS FROM J. BAUER RE NEW STRUCTURE FOR    .10    56.50
         REFINANCE
         ATTORNEY:  AARON E. DE LEEST

EXHIBIT

1

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018     PAGE   2
FILE NUMBER: 26829
INVOICE NO.: ******

10/25/18  REVIEW MEMO FROM R. YASPAN RE ESCROW NOT          .10    56.50
          CLOSING
          ATTORNEY:  AARON E. DE LEEST

10/26/18  TEL. CONF. WITH ESCROW OFFICER RE STATUS OF       .10    56.50
          CLOSING
          ATTORNEY:  AARON E. DE LEEST

10/26/18  DRAFT MEMO TO TRUSTEE RE CALL WITH ESCROW         .10    56.50
          OFFICER AND STATUS OF CLOSING
          ATTORNEY:  AARON E. DE LEEST

10/28/18  DRAFT MEMO TO TRUSTEE RE DEBTOR'S RESPONSE RE     .10    56.50
          DISMISSAL AND STRATEGY RE SAME
          ATTORNEY:  AARON E. DE LEEST

11/05/18  TEL. CONF. WITH R. YASPAN                         .20   113.00
          ATTORNEY:  AARON E. DE LEEST

11/05/18  REVIEW MEMO FROM DEBTOR'S COUNSEL RE DISCHARGE    .20   113.00
          ORDER AND PAYMENT OF SURPLUS AND DRAFT RESPONSE
          ATTORNEY:  AARON E. DE LEEST

11/05/18  REVIEW MEMOS FROM R. YASPAN RE PAYMENT OF MUNOZ   .20   113.00
          ADEQUATE PROTECTION PAYMENTS AND RESPOND
          ATTORNEY:  AARON E. DE LEEST

11/05/18  REVIEW MEMO M. ARREOLA RE SURPLUS PAYMENT AND     .20   113.00
          MEMO FROM DEBTOR'S COUNSEL RE SAME
          ATTORNEY:  AARON E. DE LEEST

11/06/18  REVIEW CORRESPONDENCE RE REFINANCE STATUS         .10    67.00
          ATTORNEY:  BRAD D. KRASNOFF

11/06/18  REVIEW MEMO FROM J. BAUER RE UPDATE ON            .10    67.00
          REFINANCE TRANSACTION
          ATTORNEY:  ERIC P. ISRAEL

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018      PAGE   3
FILE NUMBER: 26829
INVOICE NO.: ******

11/06/18  REVIEW MEMO FROM TRUSTEE RE DEBTOR'S REQUEST TO      .10    56.50
          UNFREEZE ACCOUNTS
          ATTORNEY:  AARON E. DE LEEST

11/06/18  REVIEW MEMO FROM DEBTOR'S COUNSEL RE STATUS OF       .10    56.50
          REFINANCE
          ATTORNEY:  AARON E. DE LEEST

11/06/18  REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE          .10    56.50
          CASH ON HAND TO PAY EXPENSES AND CLAIMS
          ATTORNEY:  AARON E. DE LEEST

11/07/18  REVIEW MEMO FROM DEBTOR'S COUNSEL RE DEBTOR'S        .10    56.50
          BANK ACCOUNT AND HOLD THEREON
          ATTORNEY:  AARON E. DE LEEST

11/13/18  REVIEW MEMO FROM DEBTOR'S COUNSEL RE CLOSING OF      .10    56.50
          REFINANCE AND DRAFT RESPONSE
          ATTORNEY:  AARON E. DE LEEST

11/15/18  REVIEW FINAL CLOSING STATEMENT                       .10    67.00
          ATTORNEY:  ERIC P. ISRAEL

11/15/18  REVIEW MEMOS FROM J. BAUER RE CLOSING STATEMENT      .10    56.50
          AND SURPLUS
          ATTORNEY:  AARON E. DE LEEST

11/16/18  REVIEW MEMO FROM J. BAUER RE EXCESS FUNDS            .10    56.50
          REQUEST AND RESPOND
          ATTORNEY:  AARON E. DE LEEST

11/16/18  REVIEW MEMO FROM J. BAUER RE ACCESS TO PROPERTY      .10    56.50
          FOR TRANSITION AND DRAFT MEMO TO TRUSTEE RE
          SAME AND RESPOND TO J. BAUER
          ATTORNEY:  AARON E. DE LEEST

11/20/18  REVIEW MEMOS TO AND FROM J. BAUER, A.E. DE           .10    67.00
          LEEST AND TRUSTEE RE FINAL BILLS AND WORK
          ORDERS, PAYMENTS; MULTIPLE
          ATTORNEY:  ERIC P. ISRAEL

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018     PAGE   4
FILE NUMBER: 26829
INVOICE NO.: ******

11/20/18 DRAFT MEMO TO PROPERTY MANAGER RE TURNOVER OF      .10   56.50
         PROPERTY ON DISMISSAL DATE
         ATTORNEY:  AARON E. DE LEEST

11/20/18 TEL. CONF. WITH M. GONZALEZ RE REMAINING          .30   169.50
         OPERATING AND TRANSITION ISSUES
         ATTORNEY:  AARON E. DE LEEST

11/21/18 TEL. CONF. WITH PROPERTY MANAGER RE OUTCOME OF     .20   113.00
         HEARING ON MOTION TO MAKE DISTRIBUTION AND
         TURNOVER OF PROPERTY
         ATTORNEY:  AARON E. DE LEEST

11/26/18 CONFERENCE AED RE OPERATIONS ORDER, REVIEW         .30   201.00
         CORRESPONDENCE TO/FROM DEBTOR COUNSEL RE
         TRANSITION
         ATTORNEY:  BRAD D. KRASNOFF

11/26/18 CONFERENCES (3) WITH AED RE FINAL                  .60   402.00
         DISTRIBUTIONS, DISMISSAL, DEBTOR COUNSEL
         COMMENTS
         ATTORNEY:  BRAD D. KRASNOFF

11/26/18 REVIEW MEMOS TO AND FROM J. BAUER AND A.E. DE      .20   134.00
         LEEST RE ISSUES WITH TURNOVER OF POSSESSION OF
         PROPERTY, BANK ACCOUNTS; MULTIPLE
         ATTORNEY:  ERIC P. ISRAEL

11/26/18 CONFERENCE WITH A.E. DE LEEST RE ISSUES WITH       .10   67.00
         TURNOVER OF POSSESSION OF PROPERTY, BANK
         ACCOUNTS
         ATTORNEY:  ERIC P. ISRAEL

11/26/18 DRAFT MEMO TO PROPERTY MANAGER RE STATUS OF        .20   113.00
         TURNOVER OF PROPERTY AND REVIEW RESPONSES
         ATTORNEY:  AARON E. DE LEEST

11/26/18 REVIEW MEMOS FROM DEBTOR'S COUNSEL RE RELEASE      .60   339.00
         OF DEBTOR'S BANK ACCOUNT AND RESPOND
         ATTORNEY:  AARON E. DE LEEST

```
ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018      PAGE   5
FILE NUMBER: 26829
INVOICE NO.: ******
```

```
11/26/18  REVIEW MEMOS FROM DEBTOR'S COUNSEL RE TURNOVER    1.30   734.50
          OF PROPERTY TO DEBTOR AND DRAFT RESPONSES
          (MULTIPLE)
          ATTORNEY:  AARON E. DE LEEST

11/26/18  CONFERENCES (MULTIPLE) WITH B.D. KRASNOFF RE       .90   508.50
          DEBTOR'S FURTHER DEMANDS AND UNFOUNDED
          ASSERTIONS AND RESPONSES THERETO (MULTIPLE)
          ATTORNEY:  AARON E. DE LEEST

11/26/18  CONFERENCE WITH E.P. ISRAEL RE ISSUES WITH         .10    56.50
          TURNOVER OF POSSESSION OF PROPERTY, BANK
          ACCOUNTS
          ATTORNEY:  AARON E. DE LEEST

11/28/18  REVIEW MEMOS TO AND FROM A.E. DE LEEST AND J.      .10    67.00
          BAUER RE BANK'S REFUSAL TO RELEASE HOLD ON
          FUNDS; MULTIPLE
          ATTORNEY:  ERIC P. ISRAEL

11/28/18  DRAFT LETTER TO CHASE AT REQUEST OF DEBTOR TO      .60   339.00
          WITHDRAWAL TURNOVER REQUEST AND REMOVE ANY HOLD
          PLACED BY CHASE ON ACCOUNTS OF DEBTOR
          ATTORNEY:  AARON E. DE LEEST

11/28/18  REVIEW MEMOS FROM J. BAUER RE PURPORTED HOLD ON    .50   282.50
          DEBTOR'S ACCOUNTS AND DRAFT RESPONSES
          ATTORNEY:  AARON E. DE LEEST

11/28/18  DRAFT MEMO TO TRUSTEE RE MEMOS FROM J. BAUER RE    .10    56.50
          PURPORTED HOLD ON DEBTOR'S ACCOUNTS AND
          RESPONSE TO SAME
          ATTORNEY:  AARON E. DE LEEST

11/28/18  CONFERENCE WITH E.P. ISRAEL RE DEBTOR'S THREATS    .10    56.50
          RE UNFREEZING OF BANK ACCOUNTS
          ATTORNEY:  AARON E. DE LEEST
```

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018      PAGE    6
FILE NUMBER: 26829
INVOICE NO.: ******

11/28/18  REVIEW MEMO RE CHASE BANK DEMAND LETTER,          .20    50.00
          RESEARCH AND RESPOND
          ASSISTANT:  VALERIE G. RADOCAY

12/05/18  REVIEW MEMO FROM DEBTOR'S COUNSEL RE RELEASE OF   .10    56.50
          SURPLUS PROCEEDS
          ATTORNEY:  AARON E. DE LEEST

12/06/18  REVIEW MEMOS FROM DEBTOR'S COUNSEL RE NET         .10    56.50
          SURPLUS PROCEEDS AND RESPOND
          ATTORNEY:  AARON E. DE LEEST

SUBTOTAL FOR ASSET ANALYSIS AND RECOVERY [B120]           10.00  5776.00

BUSINESS OPERATIONS [B210]

10/12/18  DRAFT MEMO TO TRUSTEE RE PAST DUE ELECTRIC BILL   .10    56.50
          ATTORNEY:  AARON E. DE LEEST

10/15/18  REVIEW MEMOS TO AND FROM TRUSTEE, TRUSTEE'S       .10    67.00
          ADMINISTRATOR AND A.E. DE LEEST RE SCE BILL;
          MULTIPLE
          ATTORNEY:  ERIC P. ISRAEL

10/16/18  REVIEW MEMOS FROM PROPERTY MANAGER RE EVICTIONS   .20   113.00
          AND RESPONSE FROM TRUSTEE RE SAME
          ATTORNEY:  AARON E. DE LEEST

10/26/18  REVIEW MEMO FROM TRUSTEE RE PROJECTED DISMISSAL   .10    56.50
          DATE AND INQUIRIES FROM PROPERTY MANAGER
          ATTORNEY:  AARON E. DE LEEST

10/29/18  REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE       .10    67.00
          VARIOUS BILLS WITHIN AUTHORITY OF OPERATING
          BUDGET
          ATTORNEY:  ERIC P. ISRAEL

10/29/18  REVIEW MEMO FROM PROPERTY MANAGER RE QUESTIONS    .10    67.00
          ON OPERATIONAL ISSUES
          ATTORNEY:  ERIC P. ISRAEL

ROSENDO GONZALEZ, TRUSTEE                      Dec 11, 2018      PAGE    7
FILE NUMBER: 26829
INVOICE NO.: ******

10/30/18  REVIEW MEMO FROM TRUSTEE RE PROPERTY MANAGER        .10     56.50
          INQUIRY
          ATTORNEY:  AARON E. DE LEEST

10/30/18  REVIEW BUDGET ANALYSIS FROM ACCOUNTANT AND          .30    169.50
          DRAFT MEMO TO S. BIGGS RE SAME
          ATTORNEY:  AARON E. DE LEEST

11/05/18  CONFERENCES (3) WITH AED RE OPERATIONS ISSUES,      .60    402.00
          BUDGET MOTION
          ATTORNEY:  BRAD D. KRASNOFF

11/05/18  CONFERENCE WITH A.E. DE LEEST RE BUDGET             .20    134.00
          OVERAGE, OPTIONS
          ATTORNEY:  ERIC P. ISRAEL

11/05/18  TEL. CONFS. WITH M. GONZALEZ RE OPERATING           .30    169.50
          ISSUES
          ATTORNEY:  AARON E. DE LEEST

11/05/18  REVIEW MEMO FROM TRUSTEE AND PROPERTY MANAGER       .10     56.50
          RE MAINTENANCE REQUEST
          ATTORNEY:  AARON E. DE LEEST

11/05/18  REVIEW MEMO FROM ACCOUNTANT RE BUDGET EXPENSES      .10     56.50
          ATTORNEY:  AARON E. DE LEEST

11/05/18  REVIEW MEMOS FROM PROPERTY MANAGER RE EVICTIONS     .20    113.00
          AND RESPONSE FROM TRUSTEE
          ATTORNEY:  AARON E. DE LEEST

11/05/18  REVIEW MEMOS FROM TRUSTEE'S ADMINISTRATOR RE        .40    226.00
          OUTSTANDING VENDOR INVOICES AND REVIEW SAME
          ATTORNEY:  AARON E. DE LEEST

11/05/18  REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE         .30    169.50
          OPERATING ORDER AND BUDGET AND RESPOND
          ATTORNEY:  AARON E. DE LEEST

010

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018      PAGE   8
FILE NUMBER: 26829
INVOICE NO.: ******

11/05/18 CONFERENCES (3) WITH B.D. KRASNOFF RE        .60    339.00
         OPERATIONS ISSUES, BUDGET MOTION
         ATTORNEY:  AARON E. DE LEEST

11/05/18 CONFERENCE WITH E.P. ISRAEL RE BUDGET OVERAGE,  .20    113.00
         OPTIONS
         ATTORNEY:  AARON E. DE LEEST

11/06/18 REVIEW RECEIVER CORRESPONDENCE RE OPERATIONS    .10     67.00
         ATTORNEY:  BRAD D. KRASNOFF

11/06/18 CONFERENCE AED RE OPERATIONS ISSUES             .30    201.00
         ATTORNEY:  BRAD D. KRASNOFF

11/06/18 REVIEW PROPERTY MANAGER CORRESPONDENCE RE       .10     67.00
         RENTS, APARTMENT PLUMBING
         ATTORNEY:  BRAD D. KRASNOFF

11/06/18 REVIEW MEMO FROM TRUSTEE AND PROPERTY MANAGER   .10     56.50
         RE "OWNER" TELLING TENANTS NOT TO PAY RENT TO
         TRUSTEE
         ATTORNEY:  AARON E. DE LEEST

11/06/18 REVIEW MEMO FROM RECEIVER RE PAYMENT OF MS.     .10     56.50
         ELOISA FERNANDEZ FOR HER AUGUST 2018 SERVICES
         ATTORNEY:  AARON E. DE LEEST

11/06/18 REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE     .10     56.50
         WESTCO & ELOISA PAYMENTS
         ATTORNEY:  AARON E. DE LEEST

11/06/18 DRAFT MEMOS TO TRUSTEE'S ADMINISTRATOR RE       .20    113.00
         PROPERTY MANAGEMENT ISSUES AND NOVEMBER RENTS
         AND REVIEW RESPONSES
         ATTORNEY:  AARON E. DE LEEST

11/06/18 DRAFT MEMO TO PROPERTY MANAGER RE NOVEMBER      .20    113.00
         RENTS AND REVIEW RESPONSES
         ATTORNEY:  AARON E. DE LEEST

```
ROSENDO GONZALEZ, TRUSTEE                 Dec 11, 2018      PAGE   9
FILE NUMBER: 26829
INVOICE NO.: ******
```

```
11/06/18 TEL. CONF. WITH M. GONZALES RE OPERATING ISSUES    .30   169.50
         AND BILLS FROM PROPERTY MANAGER AND VENDORS
         ATTORNEY:  AARON E. DE LEEST

11/06/18 CONFERENCE B.D. KRASNOFF RE OPERATIONS ISSUES      .30   169.50
         ATTORNEY:  AARON E. DE LEEST

11/07/18 CONFERENCE AED RE OPERATIONS ISSUES               .20   134.00
         ATTORNEY:  BRAD D. KRASNOFF

11/07/18 REVIEW MEMOS FROM TRUSTEE'S ADMINISTRATOR AND      .20   113.00
         PROPERTY MANAGER RE WESTCO INVOICES
         ATTORNEY:  AARON E. DE LEEST

11/07/18 REVIEW MEMO FROM DEBTOR'S COUNSEL RE DEBTOR        .10    56.50
         CONTACTING TENANTS ABOUT PAYMENT OF RENT
         ATTORNEY:  AARON E. DE LEEST

11/07/18 REVIEW MEMO FROM REPRESENTATIVE OF DEBTOR RE       .10    56.50
         TRUSTEE'S COLLECTION OF NOVEMBER RENT
         ATTORNEY:  AARON E. DE LEEST

11/07/18 REVIEW MEMO FROM PROPERTY MANAGER RE JACKSON       .10    56.50
         INVOICES
         ATTORNEY:  AARON E. DE LEEST

11/07/18 REVIEW MEMO FROM PROPERTY MANAGER RE ONSITE        .10    56.50
         MANAGER INVOICES
         ATTORNEY:  AARON E. DE LEEST

11/07/18 REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE        .10    56.50
         OUTSTANDING INVOICES
         ATTORNEY:  AARON E. DE LEEST

11/07/18 REVIEW MEMO FROM PROPERTY MANAGER RE REPAIR        .10    56.50
         REQUEST
         ATTORNEY:  AARON E. DE LEEST

11/07/18 CONFERENCE B.D. KRASNOFF RE OPERATIONS ISSUES      .20   113.00
         ATTORNEY:  AARON E. DE LEEST
```

```
ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018    PAGE  10
FILE NUMBER: 26829
INVOICE NO.: ******
```

```
11/08/18  REVIEW CORRESPONDENCE RE REPAIR REQUEST        .10    67.00
          ATTORNEY:  BRAD D. KRASNOFF

11/08/18  REVIEW MEMO FROM PROPERTY MANAGER RE           .10    56.50
          OUTSTANDING INVOICES
          ATTORNEY:  AARON E. DE LEEST

11/09/18  REVIEW MEMOS FROM PROPERTY MANAGER RE          .20   113.00
          OUTSTANDING INVOICES AND NOVEMBER RENT AND
          DRAFT RESPONSES
          ATTORNEY:  AARON E. DE LEEST

11/09/18  REVIEW MEMOS FROM TRUSTEE'S ADMINISTRATOR RE   .10    56.50
          WESTCO BILLS
          ATTORNEY:  AARON E. DE LEEST

11/12/18  REVIEW CORRESPONDENCE RE REPAIRS               .20   134.00
          ATTORNEY:  BRAD D. KRASNOFF

11/12/18  REVIEW MEMOS FROM PROPERTY MANAGER AND TRUSTEE .30   169.50
          RE EMERGENCY UNIT REPAIRS (MULTIPLE)
          ATTORNEY:  AARON E. DE LEEST

11/14/18  REVIEW MEMOS FROM PROPERTY MANAGER AND         .10    56.50
          TRUSTEE'S ADMINISTRATOR RE WESTCO INVOICES
          ATTORNEY:  AARON E. DE LEEST

11/16/18  REVIEW CORRESPONDENCE RE REPAIRS ISSUES        .10    67.00
          ATTORNEY:  BRAD D. KRASNOFF

11/16/18  CONFERENCES AED (2) RE OPERATIONS ISSUES       .50   335.00
          ATTORNEY:  BRAD D. KRASNOFF

11/16/18  REVIEW MEMO FROM J. BAUER RE DEBTOR'S ISSUES   .10    56.50
          WITH INVOICES FROM WESTCO
          ATTORNEY:  AARON E. DE LEEST

11/16/18  CONFERENCES B.D. KRASNOFF (2) RE OPERATIONS    .50   282.50
          ISSUES
          ATTORNEY:  AARON E. DE LEEST
```

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018     PAGE  11
FILE NUMBER: 26829
INVOICE NO.: ******

11/19/18  REVIEW MEMO FROM PROPERTY MANAGER RE NOVEMBER      .10    56.50
          RENT
          ATTORNEY:  AARON E. DE LEEST

11/20/18  REVIEW MEMO FROM DEBTOR'S COUNSEL RE ELOISA        .20   113.00
          FERNANDEZ INVOICES AND RESPOND
          ATTORNEY:  AARON E. DE LEEST

11/20/18  REVIEW MEMOS FROM PROPERTY MANAGER AND TRUSTEE     .20   113.00
          RE SERVICE REQUEST
          ATTORNEY:  AARON E. DE LEEST

11/26/18  REVIEW MEMO FROM PROPERTY MANAGER RE               .10    56.50
          OUTSTANDING BILLS
          ATTORNEY:  AARON E. DE LEEST

11/26/18  REVIEW MEMOS FROM TRUSTEE AND TRUSTEE'S            .20   113.00
          ADMINISTRATOR RE OUTSTANDING INVOICES AND
          NOVEMBER RENT
          ATTORNEY:  AARON E. DE LEEST

11/26/18  DRAFT MEMO TO TRUSTEE'S ADMINISTRATOR RE           .20   113.00
          NOVEMBER RENTS RECEIVED AND REVIEW RESPONSE
          ATTORNEY:  AARON E. DE LEEST

11/27/18  REVIEW MEMOS TO AND FROM TRUSTEE'S                 .10    67.00
          ADMINISTRATOR AND A.E. DE LEEST RE JACKSON
          INVOICE; MULTIPLE
          ATTORNEY:  ERIC P. ISRAEL

11/27/18  REVIEW MEMOS FROM TRUSTEE'S ADMINISTRATOR RE       .10    56.50
          OUTSTANDING INVOICES AND RESPOND
          ATTORNEY:  AARON E. DE LEEST

11/30/18  REVIEW MEMO FROM PROPERTY MANAGER RE FINAL         .10    56.50
          INVOICES
          ATTORNEY:  AARON E. DE LEEST

12/04/18  CONFERENCE AED RE OPERATION EXPENSES, PAYMENTS     .20   134.00
          ATTORNEY:  BRAD D. KRASNOFF

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018     PAGE  12
FILE NUMBER: 26829
INVOICE NO.: ******

12/04/18  REVIEW MEMO FROM PROPERTY MANAGER RE PAYMENT OF     .20   113.00
          OUTSTANDING INVOICES AND DRAFT RESPONSE
          ATTORNEY:  AARON E. DE LEEST

12/04/18  CONFERENCE B.D. KRASNOFF RE OPERATION EXPENSES,     .20   113.00
          PAYMENTS
          ATTORNEY:  AARON E. DE LEEST

12/06/18  REVIEW MEMOS FROM TRUSTEE'S ADMINISTRATOR RE        .20   113.00
          NOVEMBER INVOICES AND MEMOS FROM PROPERTY
          MANAGER RE SAME
          ATTORNEY:  AARON E. DE LEEST

12/07/18  REVIEW WESTCO INVOICES AND MEMOS FROM PROPERTY      .70   395.50
          MANAGER AND TRUSTEE'S ADMINISTRATOR RE SAME
          ATTORNEY:  AARON E. DE LEEST

12/07/18  TEL. CONFS. WITH TRUSTEE'S ADMINISTRATOR RE         .40   226.00
          WESTCO INVOICES
          ATTORNEY:  AARON E. DE LEEST

12/07/18  REVIEW MEMOS FROM TRUSTEE'S ADMINISTRATOR RE        .40   226.00
          PAYMENT OF NOVEMBER INVOICES AND CORRESPONDENCE
          WITH PROPERTY MANAGER RE SAME AND DRAFT
          RESPONSE
          ATTORNEY:  AARON E. DE LEEST

12/08/18  REVIEW MEMOS FROM PROPERTY MANAGER AND              .10    56.50
          TRUSTEE'S ADMINISTRATOR RE ONSITE MANAGER
          ATTORNEY:  AARON E. DE LEEST

12/10/18  REVIEW MEMO FROM PROPERTY MANAGER RE ONSITE         .10    56.50
          MANAGER
          ATTORNEY:  AARON E. DE LEEST

015

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018      PAGE  13
FILE NUMBER: 26829
INVOICE NO.: ******

SUBTOTAL FOR BUSINESS OPERATIONS [B210]              13.20  7773.00

CASE ADMINISTRATION   [B110]

10/12/18 CONFERENCE WITH A.E. DE LEEST RE COURT'S         .20    134.00
          TENTATIVE ON FINAL FEES
          ATTORNEY:  BRAD D. KRASNOFF

10/12/18 REVIEW MEMOS TO AND FROM A.E. DE LEEST AND B.D.  .10     67.00
          KRASNOFF TENTATIVE RULING, CLARIFICATIONS,
          ORDER; MULTIPLE
          ATTORNEY:  ERIC P. ISRAEL

10/12/18 CONFERENCE WITH B.D. KRASNOFF RE COURT'S         .20    113.00
          TENTATIVE ON FINAL FEES
          ATTORNEY:  AARON E. DE LEEST

10/12/18 REVIEW COURT'S TENTATIVE ON FINAL FEES           .10     56.50
          ATTORNEY:  AARON E. DE LEEST

10/13/18 REVIEW MEMOS TO AND FROM TRUSTEE, A.E. DE LEEST  .10     67.00
          AND B.D. KRASNOFF RE TENTATIVE RULING ON
          TRUSTEE'S FEE; MULTIPLE
          ATTORNEY:  ERIC P. ISRAEL

10/14/18 REVIEW TENTATIVE RULINGS ON VARIOUS FEE          .30    201.00
          APPLICATIONS
          ATTORNEY:  ERIC P. ISRAEL

10/15/18 REVIEW MEMOS TO AND FROM A.E. DE LEEST AND       .10     67.00
          TRUSTEE RE RESULTS OF HEARINGS, IMPLEMENTING
          DISMISSAL AND TRANSITION; MULTIPLE
          ATTORNEY:  ERIC P. ISRAEL

10/15/18 REVIEW COURT'S TENTATIVE FOR HEARING ON FINAL    .40    226.00
          FEE APPLICATIONS AND PREPARE FOR HEARING
          ATTORNEY:  AARON E. DE LEEST

016

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018     PAGE  14
FILE NUMBER: 26829
INVOICE NO.: ******

10/15/18 DRAFT MEMO TO TRUSTEE RE OUTCOME OF HEARING ON      .20   113.00
         FINAL FEE APPLICATIONS AND PREPARING FOR
         DISMISSAL
         ATTORNEY:  AARON E. DE LEEST

10/15/18 REVIEW MEMO FROM ACCOUNTANT RE COURT'S             .10    56.50
         TENTATIVE AND RESPOND
         ATTORNEY:  AARON E. DE LEEST

10/17/18 REVIEW MEMOS TO AND FROM F. WILLIAMS AND A.E.      .10    67.00
         DE LEEST RE CLOSING ISSUES
         ATTORNEY:  ERIC P. ISRAEL

10/22/18 REVIEW, RESPOND TO NOTE RE DRAFT DISMISSAL         .40   268.00
         ORDER, CONFERENCE AED RE SAME
         ATTORNEY:  BRAD D. KRASNOFF

10/22/18 REVIEW DEBTOR'S OBJECTION TO FORM OF ORDER         .10    67.00
         ATTORNEY:  ERIC P. ISRAEL

10/22/18 REVIEW MEMO FROM A.E. DE LEEST RE DISPUTES OVER    .10    67.00
         FORM OF ORDER; RESPOND; MULTIPLE
         ATTORNEY:  ERIC P. ISRAEL

10/22/18 CONFERENCE WITH A.E. DE LEEST RE RESPONSE TO       .10    67.00
         MOTION TO DISMISS, ORDER
         ATTORNEY:  ERIC P. ISRAEL

10/22/18 EDIT RESPONSE TO MOTION TO DISMISS, ORDER          .10    67.00
         ATTORNEY:  ERIC P. ISRAEL

10/22/18 DRAFT TRUSTEE'S RESPONSE TO MOTION TO DISMISS      .40   226.00
         ATTORNEY:  AARON E. DE LEEST

10/22/18 DRAFT PROPOSED ORDER RE DISMISSAL                 1.70   960.50
         ATTORNEY:  AARON E. DE LEEST

10/22/18 DRAFT MEMO TO TRUSTEE RE LANGUAGE AND PROPOSED      .20   113.00
         ORDER DISMISSING CASE AND REVIEW RESPONSES
         ATTORNEY:  AARON E. DE LEEST

```
ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018     PAGE  15
FILE NUMBER: 26829
INVOICE NO.: ******
```

```
10/23/18  REVIEW MEMOS TO AND FROM TRUSTEE, A.E. DE LEEST    .10   67.00
          AND B.D. KRASNOFF RE FORM OF ORDER
          ATTORNEY:  ERIC P. ISRAEL

10/27/18  REVIEW MEMO FROM A.E. DE LEEST RE TRUSTEE'S        .10   67.00
          POSITION ON DEBTOR'S REQUEST TO DELAY DISMISSAL
          FOR 30 DAYS; RESPOND
          ATTORNEY:  ERIC P. ISRAEL

10/27/18  REVIEW DEBTOR'S RESPONSE TO DISMISSAL AND DRAFT    .20   113.00
          MEMO TO E.P. ISRAEL RE SAME
          ATTORNEY:  AARON E. DE LEEST

10/29/18  CONFERENCES (2) AED RE DISMISSAL ORDER,            .60   402.00
          OPERATIONS ISSUES
          ATTORNEY:  BRAD D. KRASNOFF

10/29/18  REVIEW MEMO FROM A.E. DE LEEST RE DRAFT ORDER;     .30   201.00
          REVIEW MEMO FROM B.D. KRASNOFF RE SAME;
          RESPOND; MULTIPLE; EDIT ORDER
          ATTORNEY:  ERIC P. ISRAEL

10/29/18  REVIEW MEMOS TO AND FROM A.E. DE LEEST AND         .10   67.00
          TRUSTEE RE POSITION ON DEBTOR'S REQUEST TO
          DELAY DISMISSAL OF CASE
          ATTORNEY:  ERIC P. ISRAEL

10/29/18  PREPARE FOR HEARING ON MOTION TO DISMISS           .50   282.50
          ATTORNEY:  AARON E. DE LEEST

10/29/18  REVIEW MEMO FROM TRUSTEE RE DISMISSAL AND          .10   56.50
          HEARING ON MOTION TO DISMISS
          ATTORNEY:  AARON E. DE LEEST

10/29/18  REVIEW MEMOS FROM E.P. ISRAEL RE COMMENTS ON       .20   113.00
          ORDER FOR DISMISSAL AND CASH ON HAND AND
          RESPONSE FROM B.D. KRASNOFF RE SAME
          ATTORNEY:  AARON E. DE LEEST
```

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018     PAGE  16
FILE NUMBER: 26829
INVOICE NO.: ******

10/29/18 ATTEND HEARING ON MOTION TO DISMISS          3.40  1921.00
         ATTORNEY:  AARON E. DE LEEST

10/29/18 DRAFT ORDER RE DISMISSAL AND DENYING MUNOZ'S  2.40  1356.00
         MOTION AS MOOT
         ATTORNEY:  AARON E. DE LEEST

10/29/18 CONFERENCES (2) WITH B.D. KRASNOFF RE ORDER RE  .60   339.00
         DISMISSAL
         ATTORNEY:  AARON E. DE LEEST

10/30/18 CONFERENCES (2) WITH AED RE DISMISSAL ORDER,   .70   469.00
         OPERATIONS ISSUES
         ATTORNEY:  BRAD D. KRASNOFF

10/30/18 REVIEW MEMOS TO AND FROM J. BAUER, R. YASPAN   .10    67.00
         AND A.E. DE LEEST RE FORM OF ORDER; MULTIPLE
         ATTORNEY:  ERIC P. ISRAEL

10/30/18 REVIEW MEMO FROM J. BAUER RE ORDER DISMISSING  .20   113.00
         CASE AND DRAFT RESPONSE
         ATTORNEY:  AARON E. DE LEEST

10/30/18 REVIEW MEMO FROM R. YASPAN RE ORDER DISMISSING .20   113.00
         CASE AND DRAFT RESPONSE
         ATTORNEY:  AARON E. DE LEEST

10/30/18 CONFERENCES (2) WITH B.D. KRASNOFF RE DISMISSAL .70  395.50
         ORDER, OPERATIONS ISSUES
         ATTORNEY:  AARON E. DE LEEST

11/05/18 REVIEW MEMOS TO AND FROM J. BAUER AND A.E. DE  .10    67.00
         LEEST RE DISTRIBUTIONS OF FUNDS ON HAND;
         MULTIPLE
         ATTORNEY:  ERIC P. ISRAEL

11/07/18 REVIEW MEMOS TO AND FROM A.E. DE LEEST AND     .10    67.00
         TRUSTEE'S ADMINISTRATOR RE BUDGET, REMAINING
         EXPENSES, DISTRIBUTIONS; MULTIPLE
         ATTORNEY:  ERIC P. ISRAEL

```
ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018     PAGE  17
FILE NUMBER: 26829
INVOICE NO.: ******


11/07/18  REVIEW INVOICES AND BUDGET AND PREPARE MOTION     4.60  2599.00
          FOR CASH DISBURSEMENT
          ATTORNEY:  AARON E. DE LEEST


11/08/18  T/C MIREYA GONZALEZ, AED RE OPERATIONS ISSUES,     .30   201.00
          MOTION
          ATTORNEY:  BRAD D. KRASNOFF


11/08/18  REVIEW, REVISE CASH DISBURSEMENT DRAFT,            .30   201.00
          CONFERENCE AED RE SAME
          ATTORNEY:  BRAD D. KRASNOFF


11/08/18  CONFERENCE WITH A.E. DE LEEST RE MOTION TO         .20   134.00
          SUPPLEMENT BUDGET
          ATTORNEY:  ERIC P. ISRAEL


11/08/18  CONFERENCE WITH B.D. KRASNOFF AND TRUSTEE'S        .20   113.00
          ADMINISTRATOR RE OPERATING EXPENSES AND
          INVOICES
          ATTORNEY:  AARON E. DE LEEST


11/08/18  FINALIZE MOTION TO MAKE DISBURSEMENT              2.60  1469.00
          ATTORNEY:  AARON E. DE LEEST


11/08/18  DRAFT MEMO TO TRUSTEE RE MOTION TO MAKE            .10    56.50
          DISBURSEMENT
          ATTORNEY:  AARON E. DE LEEST


11/08/18  PREPARE APPLICATION FOR ORDER SHORTENING TIME      .70   395.50
          AND PROPOSED ORDER GRANTING SHORTENED TIME FOR
          MOTION FOR CASH DISBURSEMENT
          ATTORNEY:  AARON E. DE LEEST


11/08/18  REVIEW NON-OPPOSITION NOTICE OF NON OPPOSITION     .10    56.50
          TO TRUSTEE'S MOTION FOR APPROVAL OF CASH
          DISBURSEMENTS FILED BY LUIS MUNOZ
          ATTORNEY:  AARON E. DE LEEST
```

ROSENDO GONZALEZ, TRUSTEE                  Dec 11, 2018     PAGE  18
FILE NUMBER: 26829
INVOICE NO.: ******

11/08/18 REVIEW COURT'S ORDER GRANTING APPLICATION AND      .10    56.50
         SETTING HEARING ON SHORTENED NOTICE FOR
         TRUSTEE'S MOTION FOR APPROVAL OF CASH
         DISBURSEMENTS FILED BY LUIS MUNOZ
         ATTORNEY:  AARON E. DE LEEST

11/08/18 PREPARE NOTICE OF HEARING ON CASH DISBURSEMENT     .20   113.00
         MOTION
         ATTORNEY:  AARON E. DE LEEST

11/08/18 CONFERENCE WITH E.P. ISRAEL  RE MOTION TO          .20   113.00
         SUPPLEMENT BUDGET
         ATTORNEY:  AARON E. DE LEEST

11/09/18 PREPARE DECLARATION RE NOTICE AND SERVICE         1.10   621.50
         ATTORNEY:  AARON E. DE LEEST

11/16/18 REVIEW TENTATIVE RULING RE AMENDED OPERATIONS      .20   134.00
         MOTION, CONFERENCE AED RE SAME
         ATTORNEY:  BRAD D. KRASNOFF

11/16/18 REVIEW MEMO FROM J. BAUER RE INTENTION TO          .10    67.00
         OBJECTION TO OVER BUDGET BILLS
         ATTORNEY:  ERIC P. ISRAEL

11/16/18 REVIEW MEMOS TO AND FROM J. BAUER AND A.E. DE      .10    67.00
         LEEST RE DEBTOR'S DEMAND TO DELIVER FUNDS NOW;
         REVIEW MEMO FROM TRUSTEE RE SAME
         ATTORNEY:  ERIC P. ISRAEL

11/16/18 PREPARE PROPOSED ORDER FOR CASH DISBURSEMENT       .60   339.00
         MOTION
         ATTORNEY:  AARON E. DE LEEST

11/16/18 TEL. CONF. WITH TRUSTEE'S ADMINISTRATOR RE         .20   113.00
         OPERATING AND WIND UP ISSUES
         ATTORNEY:  AARON E. DE LEEST

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018     PAGE  19
FILE NUMBER: 26829
INVOICE NO.: ******

11/18/18  REVIEW DEBTOR'S OF OPPOSITION TO MOTION FOR      .70    395.50
          APPROVAL OF CASH DISBURSEMENTS AND PREPARE FOR
          HEARING ON CASH DISBURSEMENT MOTION
          ATTORNEY:  AARON E. DE LEEST

11/19/18  CONFERENCES WITH  AED RE ORDER REGARDING         .20    134.00
          OPERATION MOTION
          ATTORNEY:  BRAD D. KRASNOFF

11/19/18  T/C AED RE RESULTS OF 11/19 OPERATION MOTION     .40    268.00
          HEARING
          ATTORNEY:  BRAD D. KRASNOFF

11/19/18  TRAVEL TO AND ATTEND HEARING ON CASH           3.40   1921.00
          DISBURSEMENT MOTION
          ATTORNEY:  AARON E. DE LEEST

11/19/18  REVISE ORDER FOR CASH DISBURSEMENT MOTION      1.40    791.00
          FOLLOWING HEARING ON SAME
          ATTORNEY:  AARON E. DE LEEST

11/19/18  REVIEW MEMO FROM DEBTOR'S COUNSEL RE TRUSTEE'S   .10     56.50
          MOTION FOR EXPENSES
          ATTORNEY:  AARON E. DE LEEST

11/19/18  TEL. CONF. WITH TRUSTEE'S ADMINISTRATOR RE       .10     56.50
          OPERATING ISSUES AND WIND UP
          ATTORNEY:  AARON E. DE LEEST

11/19/18  CONFERENCES WITH B.D. KRASNOFF RE ORDER          .20    113.00
          REGARDING OPERATION MOTION
          ATTORNEY:  AARON E. DE LEEST

11/20/18  REVIEW MEMO FROM PROPERTY MANAGER AND TRUSTEE    .10     56.50
          RE DISMISSAL AND TRANSITION OF PROPERTY
          ATTORNEY:  AARON E. DE LEEST

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018      PAGE  20
FILE NUMBER: 26829
INVOICE NO.: ******

11/20/18 DRAFT MEMO TO TRUSTEE RE OUTCOME OF HEARING ON       .20   113.00
         MOTION TO MAKE DISTRIBUTION/PAY THE OUT OF
         BUDGET EXPENSES
         ATTORNEY:  AARON E. DE LEEST

11/27/18 REVIEW INTERLINEATED, ENTERED ORDER AUTHORIZING      .10    67.00
         TRUSTEE'S CASH DISBURSEMENTS
         ATTORNEY:  ERIC P. ISRAEL

11/28/18 CONFERENCE WITH A.E. DE LEEST RE DEBTOR'S            .10    67.00
         THREATS RE UNFREEZING OF BANK ACCOUNTS
         ATTORNEY:  ERIC P. ISRAEL

12/03/18 REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE          .10    56.50
         TRUSTEE'S FINAL DISTRIBUTION REPORT AND DRAFT
         RESPONSE
         ATTORNEY:  AARON E. DE LEEST

12/03/18 DRAFT MEMO TO B.D. KRASNOFF RE TRUSTEE'S FINAL       .10    56.50
         DISTRIBUTION REPORT AND DRAFT RESPONSE
         ATTORNEY:  AARON E. DE LEEST

12/07/18 TEL. CONF. WITH TRUSTEE'S ACCOUNTANT RE FINAL        .10    56.50
         FEES AND INVOICES FROM PROPERTY MANAGER
         ATTORNEY:  AARON E. DE LEEST

SUBTOTAL FOR CASE ADMINISTRATION  [B110]              34.90 20338.00

CLAIMS ADMINISTRATION AND OBJECTIONS [B310]

10/23/18 REVIEW PROOF OF CLAIM NO. 1 OF ROQUEMORE             .10    67.00
         PRINGLE
         ATTORNEY:  ERIC P. ISRAEL

10/23/18 REVIEW MEMO FROM B.D. KRASNOFF RE ROQUEMORE,         .10    56.50
         PRINGLE & MOORE, INC. CLAIM
         ATTORNEY:  AARON E. DE LEEST

023

ROSENDO GONZALEZ, TRUSTEE                     Dec 11, 2018      PAGE  21
FILE NUMBER: 26829
INVOICE NO.: ******

SUBTOTAL FOR CLAIMS ADMINISTRATION AND OBJECTIONS [B310]    .20   123.50

FEE/EMPLOYMENT APPLICATION [B160]

10/16/18  DRAFT ORDER APPROVING FEES AND EXPENSES OF        2.20  1243.00
          TRUSTEE AND PROFESSIONALS
          ATTORNEY:  AARON E. DE LEEST

10/17/18  REVIEW TIME ENTRIES AND DRAFT SUPPLEMENTAL        1.80  1017.00
          DECLARATION RE FEES
          ATTORNEY:  AARON E. DE LEEST

10/18/18  FINALIZE SUPPLEMENTAL DECLARATION RE FEES          .50   282.50
          ATTORNEY:  AARON E. DE LEEST

12/03/18  PREPARE MEMO TO A.E. DE LEEST RE CLOSING UP        .10    67.00
          ESTATE
          ATTORNEY:  ERIC P. ISRAEL

12/03/18  REVIEW MEMO FROM E.P. ISRAEL RE SUPPLEMENTAL       .10    56.50
          FEE REQUEST AND RESPOND
          ATTORNEY:  AARON E. DE LEEST

12/06/18  PREPARE MEMO TO A.E. DE LEEST RE FINAL             .10    67.00
          SUPPLEMENTS TO FEE APPLICATIONS
          ATTORNEY:  ERIC P. ISRAEL

12/07/18  CONFERENCE WITH A.E. DE LEEST RE CLOSING           .10    67.00
          PROCEDURES
          ATTORNEY:  ERIC P. ISRAEL

12/07/18  CONFERENCE WITH E.P. ISRAEL RE FINAL FEE           .10    56.50
          REQUEST
          ATTORNEY:  AARON E. DE LEEST

12/07/18  REVIEW AND RESPOND TO MEMO FROM A.E. DE LEEST      .10    25.00
          RE REVIEW OF BILLING STATEMENTS
          ASSISTANT:  VALERIE G. RADOCAY

024

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018      PAGE  22
FILE NUMBER: 26829
INVOICE NO.: ******

12/07/18  REVIEW AND EDIT BILLING STATEMENTS RE FINAL FEE    .70    175.00
          APPLICATION
          ASSISTANT:  VALERIE G. RADOCAY

12/10/18  PREPARE SUPPLEMENTAL DECLARATION IN SUPPORT OF    1.30    734.50
          FINAL FEE REQUEST
          ATTORNEY:  AARON E. DE LEEST

12/10/18  DRAFT MEMO TO E.P. ISRAEL RE FINAL FEE REQUEST     .10     56.50
          ATTORNEY:  AARON E. DE LEEST

12/10/18  REVIEW AND EDIT BILLING STATEMENTS RE FEE         1.20    300.00
          APPLICATION
          ASSISTANT:  VALERIE G. RADOCAY

SUBTOTAL FOR FEE/EMPLOYMENT APPLICATION [B160]             8.40   4147.50

FEE/EMPLOYMENT OBJECTIONS [B170]

10/17/18  DRAFT MEMO TO ACCOUNTANT RE DECLARATION FOR        .10     56.50
          FINAL FEE REQUEST AND REVIEW RESPONSE
          ATTORNEY:  AARON E. DE LEEST

10/18/18  REVIEW MEMO FROM ACCOUNTANT RE FEE REQUEST AND     .20    113.00
          RESPOND
          ATTORNEY:  AARON E. DE LEEST

11/05/18  TEL. CONF. WITH C. WONG COUNSEL FOR RECEIVER RE    .10     56.50
          STATUS OF PAYMENT OF FIRM'S FEES
          ATTORNEY:  AARON E. DE LEEST

11/05/18  REVIEW MEMO FROM TRUSTEE'S ADMINISTRATOR RE        .10     56.50
          PAYMENT TO RECEIVER'S COUNSEL
          ATTORNEY:  AARON E. DE LEEST

```
ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018     PAGE  23
FILE NUMBER: 26829
INVOICE NO.: ******
```

SUBTOTAL FOR FEE/EMPLOYMENT OBJECTIONS [B170]          .50    282.50

RELIEF FROM STAY PROCEEDINGS [B140]

```
10/24/18 REVIEW MEMOS FROM R. YASPAN RE STATUS OF       .20    113.00
         CLOSING AND PUTTING RELIEF FROM STAY MOTION
         BACK ON CALENDAR
         ATTORNEY:  AARON E. DE LEEST

10/25/18 REVIEW MUNOZ' MOTION TO RESET HEARING ON MOTION  .30   201.00
         FOR RELIEF FROM AUTOMATIC STAY, COMPEL TRUSTEE
         TO MAKE ADEQUATE PROTECTION PAYMENTS
         ATTORNEY:  ERIC P. ISRAEL

10/25/18 REVIEW MUNOZ' APPLICATION TO SET HEARING ON    .20    134.00
         MOTION TO RESET HEARING ON MOTION FOR RELIEF
         FROM AUTOMATIC STAY, COMPEL TRUSTEE TO MAKE
         ADEQUATE PROTECTION PAYMENTS ON SHORTENED TIME
         ATTORNEY:  ERIC P. ISRAEL

10/25/18 REVIEW ENTERED ORDER GRANTING MUNOZ'          .10     67.00
         APPLICATION TO SET HEARING ON MOTION TO RESET
         HEARING ON MOTION FOR RELIEF FROM AUTOMATIC
         STAY, COMPEL TRUSTEE TO MAKE ADEQUATE
         PROTECTION PAYMENTS ON SHORTENED TIME
         ATTORNEY:  ERIC P. ISRAEL

10/25/18 REVIEW MUNOZ'S EMERGENCY MOTION               .40    226.00
         ATTORNEY:  AARON E. DE LEEST

10/26/18 REVIEW MOTION TO RESET HEARING AND COMPEL     .90    508.50
         PAYMENT AND DRAFT RESPONSE
         ATTORNEY:  AARON E. DE LEEST

10/29/18 REVIEW MEMO FROM R. YASPAN RE ADEQUATE        .20    113.00
         PROTECTION PAYMENT AND DRAFT RESPONSE
         ATTORNEY:  AARON E. DE LEEST
```

SUBTOTAL FOR RELIEF FROM STAY PROCEEDINGS [B140]      2.30   1362.50

```
ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018      PAGE  24
FILE NUMBER: 26829
INVOICE NO.: ******

      ATTORNEY FEES:                         69.50 HRS   39803.00
```

027

```
ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018      PAGE  25
FILE NUMBER: 26829
INVOICE NO.: ******

ASSET ANALYSIS AND RE B KRASNOFF        1.00     670.00      670.00
(AA)                  E ISRAEL          .80      670.00      536.00
                      A DE LEEST        8.00     565.00     4520.00
                      V RADOCAY         .20      250.00       50.00

        TOTAL HOURS AND FEE            10.00                $5776.00

BUSINESS OPERATIONS [ B KRASNOFF        2.40     670.00     1608.00
(BO)                  E ISRAEL          .60      670.00      402.00
                      A DE LEEST       10.20     565.00     5763.00

        TOTAL HOURS AND FEE            13.20                $7773.00

CASE ADMINISTRATION   B KRASNOFF        3.30     670.00     2211.00
(CA)                  E ISRAEL          2.60     670.00     1742.00
                      A DE LEEST       29.00     565.00    16385.00

        TOTAL HOURS AND FEE            34.90               $20338.00

CLAIMS ADMINISTRATION E ISRAEL          .10      670.00       67.00
(CL)                  A DE LEEST        .10      565.00       56.50

        TOTAL HOURS AND FEE             .20                 $123.50

FEE/EMPLOYMENT APPLIC E ISRAEL          .30      670.00      201.00
(FA)                  A DE LEEST        6.10     565.00     3446.50
                      V RADOCAY         2.00     250.00      500.00

        TOTAL HOURS AND FEE             8.40               $4147.50

FEE/EMPLOYMENT OBJECT A DE LEEST        .50      565.00      282.50
(FO)

        TOTAL HOURS AND FEE             .50                 $282.50

RELIEF FROM STAY PROC E ISRAEL          .60      670.00      402.00
(RF)                  A DE LEEST        1.70     565.00      960.50

        TOTAL HOURS AND FEE            2.30                $1362.50

        SUB-TOTAL OF CURRENT PERIOD FEES AND COSTS       39803.00
```

```
ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018      PAGE  26
FILE NUMBER: 26829
INVOICE NO.: ******


        TOTAL AMOUNT DUE:  . . . . . . . . . . . . . . . .     39803.00
```

029

ROSENDO GONZALEZ, TRUSTEE
530 SOUTH HEWITT STREET, SUITE 148
LOS ANGELES, CA  90013


RE: M & A ENTERPRISES, LLC
    ATTORNEY FOR TRUSTEE
    2:18-BK-16133-ER
    OUR FILE NUMBER: 26829                BDK              Dec 11, 2018
    INVOICE NUMBER:  ******

       FOR PROFESSIONAL SERVICES RENDERED THROUGH Dec 11, 2018


                                           _____    _____
       ATTORNEY FEES:                      0.00 HRS          0.00


       COSTS ADVANCED:
10/02/18 FACSIMILE -INCOMING                   1.00
10/05/18 REPROGRAPHIC EXPENSE - FEE APPLICATION      (120.40)
         (ESTIMATE)
10/05/18 MESSENGER SERVICE DELIVERY TO USBC - FEE    (10.00)
         APPLICATION (ESTIMATE)
10/05/18 POSTAGE - FEE APPLICATION (ESTIMATE)        (20.00)
10/05/18 PARKING - FEE APPL HEARING (ESTIMATE)        (8.00)
10/05/18 MILEAGE - FEE APPL HEARING (ESTIMATE)       (16.05)
10/12/18 ONLINE RESEARCH (WESTLAW) 9/20/18 (STANDARD (205.70)
         CHARGE:  $308.00) - WEST PUBLISHING CORP. VGR
10/17/18 ON-LINE SEARCH (PACER) 2:18-16133-ER 9/6/18,   3.70
         9/13/18, 9/17/18 -  DGDK - PACER GER
10/17/18 ON-LINE SEARCH (PACER) 2:18-16133-ER 9/4/18,   1.00
         9/14/18, 9/20/18 -  DGDK - PACER GER
10/18/18 REPROGRAPHIC EXPENSE 1STSUPPDECLOFAED         10.80
10/18/18 REPROGRAPHIC EXPENSE 1STSUPPDECLOFAED          3.60
10/18/18 REPROGRAPHIC EXPENSE NOL                       4.20
10/18/18 REPROGRAPHIC EXPENSE NOL                       1.40
10/18/18 POSTAGE POSTAGE                                3.68
10/22/18 REPROGRAPHIC EXPENSE RESPANDOBJTODEBTORSOPP    2.40
10/22/18 REPROGRAPHIC EXPENSE NEF                       0.60
10/22/18 REPROGRAPHIC EXPENSE RESP                      4.20
10/22/18 REPROGRAPHIC EXPENSE RESPANDOBJTODEBTORSOPP    0.80
10/22/18 REPROGRAPHIC EXPENSE TEESRESP                  0.80
10/22/18 REPROGRAPHIC EXPENSE RESP                      1.40
10/22/18 POSTAGE POSTAGE                                1.36
10/26/18 REPROGRAPHIC EXPENSE TRUSTEESRESP              0.80

030

```
ROSENDO GONZALEZ, TRUSTEE                Dec 11, 2018      PAGE   2
FILE NUMBER: 26829
INVOICE NO.: ******

10/26/18 REPROGRAPHIC EXPENSE TRUSTEESRESP           1.60
10/26/18 POSTAGE POSTAGE                             0.47
10/30/18 REPROGRAPHIC EXPENSE NOL                    1.60
10/30/18 REPROGRAPHIC EXPENSE NOL                    3.20
10/30/18 POSTAGE POSTAGE                             0.68
10/31/18 ONLINE RESEARCH (WEST LAW) 9/20/18 (STANDARD   205.70
         CHARGE:  $308.00) -  WEST PUBLISHING CORP. VGR
11/07/18 DELIVERY TO US BANKRUPTCY COURT - RESPONSE     6.73
         10/30/18 -  WIN-WIN ALSSI INC. #20181009306 BWL
11/07/18 DELIVERY TO US BANKRUPTCY COURT - FIRST SUPPL.  6.73
         DECL. OF AED; NOL 10/22/18 -  WIN-WIN ALSSI
         INC. #20181006746 BWL
11/07/18 DELIVERY TO US BANKRUPTCY COURT -  NOTICES OF   6.74
         HEARING (2) 10/10/18 -  WIN-WIN ALSSI INC.
         #20181003232 VES
11/07/18 DELIVERY TO US BANKRUPTCY COURT -  FEE         6.74
         APPLICATION 10/10/18 -  WIN-WIN ALSSI INC.
         #20181002648 VES
11/07/18 DELIVERY TO US BANKRUPTCY COURT - TWO RESPONSES  6.74
         10/24/18 -   WIN WIN ALLSI, INC. #20181000720
         BWL
11/08/18 REPROGRAPHIC EXPENSE EXH                    0.60
11/08/18 REPROGRAPHIC EXPENSE APPLTOSHORTEN         74.40
11/08/18 REPROGRAPHIC EXPENSE MTNFORCASHDISBURSEMENTS  70.20
11/08/18 REPROGRAPHIC EXPENSE MTNFORCASHDISBURSEMENTS  23.40
11/08/18 REPROGRAPHIC EXPENSE APPLTOSHORTEN         24.80
11/08/18 REPROGRAPHIC EXPENSE ORDER                  5.00
11/08/18 REPROGRAPHIC EXPENSE ORDER                  0.80
11/08/18 REPROGRAPHIC EXPENSE ORDER                  1.80
11/08/18 REPROGRAPHIC EXPENSE ORDER                  1.80
11/12/18 REPROGRAPHIC EXPENSE DECLOFAED              1.60
11/12/18 REPROGRAPHIC EXPENSE STMT                   2.00
11/12/18 REPROGRAPHIC EXPENSE DECLOFAED              0.80
11/12/18 POSTAGE POSTAGE                             0.68
11/12/18 POSTAGE POSTAGE                             0.47
11/19/18 DELIVERY FROM ROSENDO GONZALES 10/26/18 -  18.89
         FEDERAL EXPRESS #773581043038 BDK
11/19/18 REPROGRAPHIC EXPENSE NOTICE LODGMENT ORDER  1.20
         GRANTING DISBURSEMENT
11/19/18 REPROGRAPHIC EXPENSE NOTICE LODGMENT ORDER  1.20
         GRANTING DISBURSEMENT
```

031

ROSENDO GONZALEZ, TRUSTEE                    Dec 11, 2018      PAGE   3
FILE NUMBER: 26829
INVOICE NO.: ******

```
11/19/18 POSTAGE POSTAGE                                      0.47
11/20/18 REPROGRAPHIC EXPENSE NOTICE OF LODGMENT             1.80
11/26/18 REPROGRAPHIC EXPENSE INVOICE                        0.20
11/26/18 REPROGRAPHIC EXPENSE INVOICE                        0.80
11/28/18 REPROGRAPHIC EXPENSE LTRTOCHASE                     4.80
11/28/18 REPROGRAPHIC EXPENSE ENC                            1.40
11/28/18 REPROGRAPHIC EXPENSE LTRTOCHASE                     2.40
11/28/18 FACSIMILE - OUTGOING FAX                           13.00
11/28/18 POSTAGE POSTAGE                                     1.78
11/30/18 ON-LINE SEARCH (PACER) 2:18-16133-ER 10/5/18,       1.70
         10/8/18 -  DGDK - PACER VES
11/30/18 ON-LINE SEARCH (PACER) 2:18-16133-ER 10/3/18,       7.60
         10/8/18, 10/18/18, 10/22/18, 10/26/18 -  DGDK -
         PACER GER
12/05/18 REPROGRAPHIC EXPENSE STMT                           3.00
12/05/18 POSTAGE POSTAGE                                     0.89
12/10/18 DELIVERY TO US BANKRUPTCY COURT - NOTICE OF         9.56
         LODGMENT OF ORDER 11/21/18 -  WIN-WIN ALSSI
         INC. #20181106412 CMC
12/10/18 DELIVERY TO LA SUPERIOR COURT -  DECL. OF AED       9.57
         11/14/18 -  WIN-WIN ALSSI INC. #20181103551 BWL
12/10/18 DELIVERY TO US BANKRUPTCY COURT - MTN FOR CASH      9.57
         DISBURSEMENTS; APPL. FOR ORDER SHORTENING TIME;
         (PROP) ORDER 11/12/18 -  WIN-WIN ALSSI INC.
         #20181102895 BWL
12/11/18 PARKING 10/29/18 - FEE APPL HEARING                 5.00
12/11/18 PARKING 11/19/18 - FEE APPL HEARING                 2.00
12/11/18 MILEAGE 11/19/18 - 30 MILES - FEE APPL HEARING     16.05
12/11/18 MILEAGE 10/29/18 - 30 MILES - FEE APPL HEARING     16.05
                                                                   245.80


         SUB-TOTAL OF CURRENT PERIOD FEES AND COSTS      245.80

                                                          _____
         TOTAL AMOUNT DUE:  . . . . . . . . . . . . . . .   245.80
```

032

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): SECOND SUPPLEMENTAL DECLARATION OF AARON E. DE LEEST IN SUPPORT OF AND SUPPLEMENT RE ADDITIONAL FINAL FEES AND EXPENSES INCURRED BY DANNING, GILL, DIAMOND & KOLLITZ, LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  December 11, 2018  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

&#9746; Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:  On December 11, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
M & A Enterprises, LLC
4200 W 102 Street
Inglewood, CA 90304

Trustee's Accountants
SLBIGGS
10960 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

&#9744; Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 11, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

BY PERSONAL DELIVERY BY ALSSI ON 12/12/18
The Honorable Ernest M. Robles
U.S. Bankruptcy Court
255 E. Temple Street, Bin outside of Suite 1560
Los Angeles, CA 90012

&#9744; Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 11, 2018 | Beverly Lew | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

<u>ADDITIONAL SERVICE INFORMATION</u> (if needed):

# 1. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>

John H Bauer on behalf of Debtor M & A Enterprises, LLC
johnbhud@aol.com, nancy@gringogazettenorth.com

John H Bauer on behalf of Interested Party John Bauer
johnbhud@aol.com, nancy@gringogazettenorth.com

Toan B Chung on behalf of Attorney Toan B. Chung
tbchung@rpmlaw.com, toan.b.chung@gmail.com;bankpara@rpmlaw.com

M Douglas Flahaut on behalf of Interested Party Matthew Taylor
flahaut.douglas@arentfox.com

Rosendo Gonzalez (TR)
rgonzalez@ecf.epiqsystems.com, rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;cmorales@gonzalezplc.com

Eric P Israel on behalf of Attorney Danning, Gill, Diamond & Kollitz, LLP
eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Interested Party Courtesy NEF
eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Brad Krasnoff on behalf of Interested Party Courtesy NEF
bkrasnoff@dgdk.com, danninggill@gmail.com;bkrasnoff@ecf.inforuptcy.com

Brad Krasnoff on behalf of Trustee Rosendo Gonzalez (TR)
bkrasnoff@dgdk.com, danninggill@gmail.com;bkrasnoff@ecf.inforuptcy.com

Elmer D Martin, III on behalf of Interested Party Courtesy NEF
elmermartin@gmail.com

Aram Ordubegian on behalf of Attorney Arent Fox LLP
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Interested Party Matthew Taylor
ordubegian.aram@arentfox.com

Hector C Perez on behalf of Litigant SMN LO INC.
hectorcperez@icloud.com, hectorcperez@yahoo.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher K.S. Wong on behalf of Interested Party Matthew Taylor
christopher.wong@arentfox.com

Robert M Yaspan on behalf of Interested Party Luis Munoz
court@yaspanlaw.com, tmenachian@yaspanlaw.com

Aaron E de Leest on behalf of Attorney Danning, Gill, Diamond & Kollitz, LLP
aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Aaron E de Leest on behalf of Trustee Rosendo Gonzalez (TR)
aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE