ERIC P. ISRAEL (State Bar No. 132426)
eisrael@dgdk.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:  (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>M & A ENTERPRISES, LLC,<br><br>Debtor. | Case No. 2:18-bk-16133-ER<br><br>Chapter 7<br><br>**DECLARATION OF AARON E. DE LEEST IN SUPPORT OF ENTRY OF ORDER APPROVING SUPPLEMENT RE ADDITIONAL FINAL FEES AND EXPENSES INCURRED BY DANNING, GILL, DIAMOND & KOLLITZ, LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE**<br><br>[No Hearing Required] |

I, Aaron E. de Leest, declare and state as follows:

1. I am an attorney, duly licensed and entitled to practice before courts of the State of California and this Court. I am employed by the law firm of Danning, Gill, Diamond & Kollitz, LLP ("DGDK"), the duly employed attorneys for Rosendo Gonzalez, as Chapter 7 Trustee (the "Trustee") for M & A Enterprises, LLC (the "Debtor ").

2. I have personal knowledge of each of the within stated facts.

3. On or about December 12, 2018, DGDK filed its *Second Supplemental Declaration of Aaron E. de Leest in Support of and Supplement Re Additional Final Fees and Expenses Incurred by Danning, Gill, Diamond & Kollitz, LLP ("DGDK") as General Counsel to Chapter 7 Trustee (docket no. 236)* (the "Supplemental Application") The Supplemental Application

1526784.1  26829                                1

requested, on a final basis, supplemental final fees and expenses for the period from approximately October 15, 2018 through December 11, 2018, in the amount of $42,303.00 in fees and $245.80 in costs, respectively.

4. According to the Court's October 30, 2018, order (*docket no. 215*) dismissing the Debtor's bankruptcy case effective as of November 23, 2018, oppositions to the Supplemental Application were due seven days after filing (i.e., on December 18, 2018) and would be considered without a hearing.

5. I checked the docket for this bankruptcy case on December 19, 2018 at 5:00 p.m., and no opposition was timely filed to the Supplemental Application and no opposition has been received by me.

6. Therefore, based on the foregoing, DGDK requests that the Court enter an order, in the form lodged contemporaneously herewith, approving the Supplemental Application and authorizing the Trustee's payment to DGDK of the supplemental final fees and costs requested therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2018, at Los Angeles, California.

_____
AARON E. DE LEEST

1526784.1  26829

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF AARON E. DE LEEST IN SUPPORT OF ENTRY OF ORDER APPROVING SUPPLEMENT RE ADDITIONAL FINAL FEES AND EXPENSES INCURRED BY DANNING, GILL, DIAMOND & KOLLITZ, LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 19, 2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) December 19, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 19, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PERSONAL DELIVERY BY ALSSI BY 12/20/18
The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1560
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 19, 2018 | Gloria Ramos | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION** (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   - John H Bauer on behalf of Debtor M & A Enterprises, LLC
     johnbhud@aol.com, nancy@gringogazettenorth.com
   - John H Bauer on behalf of Interested Party John Bauer
     johnbhud@aol.com, nancy@gringogazettenorth.com
   - Toan B Chung on behalf of Attorney Toan B. Chung
     tbchung@rpmlaw.com, toan.b.chung@gmail.com;bankpara@rpmlaw.com
   - M Douglas Flahaut on behalf of Interested Party Matthew Taylor
     flahaut.douglas@arentfox.com
   - Rosendo Gonzalez (TR)
     rgonzalez@ecf.epiqsystems.com,
     rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;cmorales@gonzalezplc.com
   - Eric P Israel on behalf of Attorney Danning, Gill, Diamond & Kollitz, LLP
     eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
   - Eric P Israel on behalf of Interested Party Courtesy NEF
     eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
   - Brad Krasnoff on behalf of Interested Party Courtesy NEF
     bkrasnoff@dgdk.com, danninggill@gmail.com;bkrasnoff@ecf.inforuptcy.com
   - Brad Krasnoff on behalf of Trustee Rosendo Gonzalez (TR)
     bkrasnoff@dgdk.com, danninggill@gmail.com;bkrasnoff@ecf.inforuptcy.com
   - Elmer D Martin, III on behalf of Interested Party Courtesy NEF
     elmermartin@gmail.com
   - Aram Ordubegian on behalf of Attorney Arent Fox LLP
     ordubegian.aram@arentfox.com
   - Aram Ordubegian on behalf of Interested Party Matthew Taylor
     ordubegian.aram@arentfox.com
   - Hector C Perez on behalf of Litigant SMN LO INC.
     hectorcperez@icloud.com, hectorcperez@yahoo.com
   - United States Trustee (LA)
     ustpregion16.la.ecf@usdoj.gov
   - Christopher K.S. Wong on behalf of Interested Party Matthew Taylor
     christopher.wong@arentfox.com
   - Robert M Yaspan on behalf of Interested Party Luis Munoz
     court@yaspanlaw.com, tmenachian@yaspanlaw.com
   - Aaron E de Leest on behalf of Attorney Danning, Gill, Diamond & Kollitz, LLP
     aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
   - Aaron E de Leest on behalf of Trustee Rosendo Gonzalez (TR)
     aed@dgdk.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

2. **SERVED BY U.S. MAIL**

Debtor
M & A Enterprises, LLC
4200 W 102 Street
Inglewood, CA 90304

Trustee's Accountants
SLBIGGS
10960 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                            F 9013-3.1.PROOF.SERVICE