United States Bankruptcy Court
Central District of California

In re:  
M & A Enterprises, LLC  
    Debtor

Case No. 18-16133-ER  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: llewisC      Page 1 of 1      Date Rcvd: Dec 21, 2018  
                           Form ID: pdf042      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
```
db         +M & A Enterprises, LLC,    4200 W 102 Street,    Inglewood, CA 90304-1538
aty        +John H Bauer,   56925 Yucca Trail,    #512,    Yucca Valley, CA 92284-7913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:
```
          Aaron E de Leest    on behalf of Trustee Rosendo  Gonzalez (TR) aed@dgdk.com,
           danninggill@gmail.com;adeleest@ecf.inforuptcy.com
          Aaron E de Leest    on behalf of Attorney    Danning, Gill, Diamond & Kollitz, LLP aed@dgdk.com,
           danninggill@gmail.com;adeleest@ecf.inforuptcy.com
          Aram  Ordubegian    on behalf of Interested Party Matthew  Taylor ordubegian.aram@arentfox.com
          Aram  Ordubegian    on behalf of Attorney    Arent Fox LLP ordubegian.aram@arentfox.com
          Brad  Krasnoff    on behalf of Trustee Rosendo  Gonzalez (TR) bkrasnoff@dgdk.com,
           danninggill@gmail.com;bkrasnoff@ecf.inforuptcy.com
          Brad  Krasnoff    on behalf of Interested Party    Courtesy NEF bkrasnoff@dgdk.com,
           danninggill@gmail.com;bkrasnoff@ecf.inforuptcy.com
          Christopher K.S.  Wong    on behalf of Interested Party Matthew  Taylor
           christopher.wong@arentfox.com
          Elmer D Martin, III    on behalf of Interested Party    Courtesy NEF elmermartin@gmail.com
          Eric P Israel    on behalf of Interested Party    Courtesy NEF eisrael@dgdk.com,
           danninggill@gmail.com;eisrael@ecf.inforuptcy.com
          Eric P Israel    on behalf of Attorney    Danning, Gill, Diamond & Kollitz, LLP eisrael@dgdk.com,
           danninggill@gmail.com;eisrael@ecf.inforuptcy.com
          Hector C Perez    on behalf of Litigant    SMN LO INC. hectorcperez@icloud.com,
           hectorcperez@yahoo.com
          John H Bauer    on behalf of Debtor    M & A Enterprises, LLC johnbhud@aol.com,
           nancy@gringogazettenorth.com
          John H Bauer    on behalf of Interested Party John  Bauer johnbhud@aol.com,
           nancy@gringogazettenorth.com
          M Douglas Flahaut    on behalf of Interested Party Matthew  Taylor flahaut.douglas@arentfox.com
          Robert M Yaspan    on behalf of Interested Party Luis  Munoz court@yaspanlaw.com,
           tmenachian@yaspanlaw.com
          Rosendo  Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,
           rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;cmorales@gonzalezplc.com
          Toan B Chung    on behalf of Attorney Toan B. Chung tbchung@rpmlaw.com,
           toan.b.chung@gmail.com;bankpara@rpmlaw.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 18
```

ERIC P. ISRAEL (State Bar No. 132426)
eisrael@dgdk.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:    (310) 277-0077
Facsimile:    (310) 277-5735

Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

**FILED & ENTERED**

**DEC 21 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>M & A ENTERPRISES, LLC,<br><br>          Debtor. | Case No. 2:18-bk-16133-ER<br><br>Chapter 7<br><br>**ORDER APPROVING SUPPLEMENTAL FINAL FEES AND EXPENSES INCURRED BY DANNING, GILL, DIAMOND & KOLLITZ, LLP**<br><br>[No Hearing Required] |

The Court, the Honorable Ernest M. Robles presiding, having read and considered the *Second Supplemental Declaration of Aaron E. de Leest in Support of and Supplement Re Additional Final Fees and Expenses Incurred by Danning, Gill, Diamond & Kollitz, LLP* ("DGDK") *as General Counsel to Chapter 7 Trustee* (*docket no. 236*) (the "Supplemental Application"), having received no opposition thereto, the Court being fully informed and good cause appearing, it is hereby,

ORDERED that:

1.    The Supplemental Application of DGDK is approved in its entirety.

2.    DGDK is awarded, on a final basis, for the period from approximately October 15, 2018 through December 11, 2018, supplemental fees in the amount of $42,303.00 and costs in the amount of $245.80, respectively.

1526782.1  26829

1

3. The Trustee is authorized to pay DGDK, at this time, all of the above allowed fees and costs, on a final basis.

###

Date: December 21, 2018

Ernest M. Robles
United States Bankruptcy Judge

1526782.1  26829

2